# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **VICTORIA DANIEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:23-cv-1464-ACA |
| | ) | |
| **SANOFI S.A.**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **GRANTS** the motion for judgment on the pleadings. (Doc. 14). The court **DISMISSES** this action **WITH PREJUDICE**. The court **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** this April 8, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE